# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

128211
& (19)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LEON PERCIVAL,
　　　　Plaintiff-Appellant

v

　　　　　　　　　　　　　　　　SC: 128211
　　　　　　　　　　　　　　　　COA: 261019
　　　　　　　　　　　　　　　　Wayne CC: 91-007057

DEPARTMENT OF CORRECTIONS,
　　　　Defendant-Appellee.

_____/

　　　On the order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded the questions presented should be reviewed by this Court. The motion for joinder of parties is DENIED.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

11219